**Zachary SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 65643.**

Missouri Court of Appeals, Western District.

Sept. 19, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 31, 2006.

Application for Transfer Denied Dec. 19, 2006.

Elizabeth Unger Carlyle, Columbus, MS, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Asst. Atty. General, Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., EDWIN H. SMITH, and LISA WHITE HARDWICK, JJ.

### Order

PER CURIAM.

Zachary Smith appeals the denial, following an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief, in which he raised claims of ineffective assistance of trial counsel and prosecutorial misconduct. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. Affirmed. Rule 84.16(b).